

Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
609.452.0808
Fax 609.452.1147

Melissa A. Chuderewicz<br>
direct dial:  609-951-4118<br>
chuderem@pepperlaw.com

June 4, 2015

**Via ECF & Federal Express**

Hon. Jerome B. Simandle, U.S.D.J.
United States District Court District of New Jersey
Mitchell H. Cohen Building & U. S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

     Re:   *Senju Pharmaceutical Co., Ltd., et al., v. Paddock Labs., LLC, et al.*
           Civil Action No. 15-cv-00337

Dear Judge Simandle:

     Enclosed is a Stipulated Consent Judgment, which has been executed by all parties.   If this is acceptable to Your Honor, we respectfully request that you "so order" it and cause it be entered on the docket.

     Respectfully submitted,

     *s/ Melissa A. Chuderewicz*

     Melissa A. Chuderewicz

MAC
Enclosure

cc:    All counsel of record (via ECF)

Philadelphia    Boston    Washington, D.C.    Los Angeles    New York    Pittsburgh
Detroit    Berwyn    Harrisburg    Orange County    Princeton    Silicon Valley    Wilmington

www.pepperlaw.com