# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BAUSCH & LOMB INCORPORATED, BAUSCH & LOMB PHARMA HOLDINGS CORP. and SENJU PHARMACEUTICAL CO., LTD., <br><br> Plaintiffs, <br><br> v. <br><br> PADDOCK LABORATORIES, LLC, L. PERRIGO COMPANY, and PERRIGO COMPANY, <br><br> Defendants. | Civil Action No. 1:15-cv-00337-JBS-KMW |

**STIPULATED CONSENT JUDGMENT AND INJUNCTION**

Whereas the parties in the above-captioned action have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Confidential Settlement and License Agreement (the "Settlement Agreement"),

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, that:

1. In the event that the claims of Plaintiffs' U.S. Patent No. 8,129,431 ("the '431 patent"), U.S. Patent No. 8,669,290 ("the '290 patent"), U.S. Patent No. 8,754,131 ("the '131 patent"), U.S. Patent No. 8,871,813 ("the '813 patent"), and U.S. Patent No. 8,927,606 ("the '606 patent") asserted against Defendants are not held invalid or unenforceable and in the absence of a license or other authorization from Plaintiffs, the '431, '290, '131, '813, and the

'606 patents are valid, enforceable, and would be infringed by any unlicensed manufacture, sale, offer for sale, use, or importation in the United States of the generic product that is the subject of Defendants' Abbreviated New Drug Application Number 207584 (the "Paddock Product", as defined in the Settlement Agreement).

2. Defendants and anyone acting on the behalf of any of Defendants, except as expressly licensed by Plaintiffs in the Settlement Agreement, will be enjoined until expiration of the '431, '290, '131, '813, and '606 patents (or as otherwise provided in the Settlement Agreement) from (i) making, using, offering to sell, selling, or importing into the United States of America the Paddock Product, and (ii) participating in the profits from making, using, offering to sell, selling, or importing the Paddock Product in the United States, and (iii) indemnifying others with respect to any making, using, offering to sell, selling, or importing the Paddock Product in the United States.

3. Notwithstanding any provision of the foregoing, Defendants shall be entitled to contest the infringement, validity and/or enforceability of the '431, '290, '131, '813 and '606 patents in any future litigation, patent office proceeding, or otherwise over the '431, '290, '131, '813 or '606 patents pertaining to any product that is not the Paddock Product and is not the subject of the Paddock ANDA (as defined in the Settlement Agreement).

4. Each party will bear its own attorneys' fees and costs.

5. This Court will retain jurisdiction to enforce this Stipulated Consent Judgment and Injunction and the parties' related agreements resolving this matter.

6. Plaintiffs acknowledge that Defendants are entitled to maintain their Paragraph IV certification to the '431, '290, '131, '813, and '606 patents pursuant to 21 C.F.R. §

314.94(a)(12)(v).   Each Party acknowledges and agrees that the 30-month stay with respect to the approval of the Paddock ANDA under 21 U.S.C. § 355(j)(5)(B)(iii) is hereby terminated.

      7.      The Clerk of Court is directed to enter this Stipulated Consent Judgment and Injunction.

Dated: June 4, 2015

                PEPPER HAMILTON LLP

                /s/ Melissa A. Chuderewicz
                Melissa A. Chuderewicz
                PEPPER HAMILTON LLP
                Suite 400
                301 Carnegie Center
                Princeton, New Jersey, 08543-5276
                (609) 951-4193
                chuderewiczm@pepperlaw.com

                *Attorneys for Plaintiffs*

                *BAUSCH & LOMB INCORPORATED, BAUSCH & LOMB PHARMA HOLDINGS CORP., and SENJU PHARMACEUTICAL CO., LTD.*

                Of Counsel:
                Bryan C. Diner
                Justin J. Hasford
                FINNEGAN, HENDERSON,
                FARABOW, GARRETT & DUNNER, LLP
                901 New York Avenue, NW
                Washington, DC 20001-4413
                (202) 408-4000

                CARELLA BYRNE

                /s/ Melissa E. Flax
                Melissa E. Flax
                Michael Cross
                CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO, PC
                5 Becker Farm Road
                Roseland, NJ 07068
                (973) 994-1700

                *Attorneys for Defendants*

*PADDOCK LABORATORIES, LLC, L. PERRIGO COMPANY, and PERRIGO COMPANY*

<u>Of Counsel:</u>

Jeffrey S. Ward
Wendy M. Ward
MERCHANT & GOULD PC
10 East Doty Street, Suite 600
Madison, WI 53703
608-280-6750

So Ordered: _____